UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LANCE A. JOHNSON, | 2:09-CV-01870-PMP-PAL |
| Plaintiff, | |
| v. | ORDER |
| GMAC MORTGAGE LLC, et al., | |
| Defendants. | |

The Court having conducted a *de novo* review of these proceedings and the Report and Recommendation of the Honorable Peggy A. Leen, United States Magistrate Judge (Doc. #4), and good cause appearing,

**IT IS ORDERED that** the Recommendation of Magistrate Judge Leen (Doc. #4) to dismiss this case is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED that** this action is hereby **DISMISSED** with prejudice.

DATED: April 4, 2011.

PHILIP M. PRO
United States District Judge